IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SANDRA FUENTES, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff | § § | |
| vs. | § § | |
| ENHANCED RECOVERY SERVICES 2, INC. d/b/a ENHANCED RECOVERY SERVICES; CHARLES GILLEY; KIMBERLY GILLEY; MARK NESTOR; JUDSON PHILLIPS; JOHN HUFFMAN; MARK NONSANT; and DOES 1-25, | § § § § § § § § | Civil Action No. 1:22-cv-00317 |
| Defendants. | § | |

**NOTICE OF APPEARANCE BY BENJAMIN T. TROTTER
ON BEHALF OF PLAINTIFF**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that the undersigned attorney enters his appearance as co-counsel of record for Plaintiff, Sandra Fuentes, in the above-entitled matter. Please serve the undersigned copies of all future papers and electronic notifications related to this action.

Dated: April 5,2022               Respectfully submitted,

                                   *s/ Benjamin T. Trotter*
                                   Benjamin T. Trotter (TX Bar No. 24082567)
                                       THOMASSON PLLC
                                   16414 San Pedro Avenue, Suite 700
                                   San Antonio, TX 78232-2272
                                   Telephone: (210) 704-1221
                                   Facsimile:  (973) 559-5779
                                   Email: Ben@Thomassonpllc.com

                                   *Attorney for Plaintiff, Sandra Fuentes*

## **CERTIFICATE OF SERVICE**

I, Benjamin T. Trotter, hereby certify that on April 5, 2022, I served a copy of the foregoing on all Parties' counsel of record by filing it with the Court's CM/ECF System.

*s/ Benjamin T. Trotter*
BENJAMIN T. TROTTER
