# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| SANDRA FUENTES, individually and on behalf of all others similarly situated, § § § § Plaintiff, § § vs. § § ENHANCED RECOVERY SERVICES 2, INC. d/b/a ENHANCED RECOVERY SERVICES; CHARLES GILLEY; KIMBERLY GILLEY; MARK NESTOR; JUDSON PHILLIPS; JOHN HUFFMAN; MARK NONSANT; and DOES 1-25, § § § § § § § § Defendants. § § | Civil Action No. 1:22-cv-00317-RP |

## NOTICE OF APPEARANCE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

PLEASE TAKE NOTICE that the undersigned attorney enters an appearance as co-counsel and attorney of record for Plaintiff, Sandra Fuentes, in the above-entitled matter. Please serve the undersigned copies of all filings and electronic notifications in this matter.

Respectfully submitted,

/s/Brent A. Devere
Brent A. Devere
SBN#00789256
1411 West Avenue, Suite #200
Austin, Texas 78701
Ph: 512-457-8080 Fax: 512-457-8060
Email: BDevere@1411west.com

*Attorney for Sandra Fuentes*

1

## CERTIFICATE OF SERVICE

      I, Brent A. Devere, certify that on April 13, 2022, a true and correct copy of the foregoing pleading was served by the ECF system for the Western District of Texas on all counsel of record.

                                    /s/Brent A. Devere
                                    Brent A. Devere